UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TAMARA M. STAINTON,**

        Plaintiff,     CASE NO. 8:18-cv-01560-SDM-JSS

vs.

**WORLD OMNI FINANCIAL CORP.,**
**d/b/a SOUTHEAST TOYOTA FINANCE,**

        **Defendant.**
_____/

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own fees and costs.

Respectfully submitted this 30th day of August, 2018.

| /s/ *Jon Dubbeld*_____ | /s/ *Ryan Roman* |
|---|---|
| Jon P. Dubbeld, Esq. | Ryan Roman, Esq. |
| Fla. Bar No. 105869 | Florida Bar No. 025509 |
| Berkowitz & Myer | AKERMAN LLP |
| 4900 Central Ave | 98 Southeast Seventh Street |
| St. Petersburg, Florida 33707 | Suite 1100 |
| Telephone: (727) 344-0123 | Miami, FL 33131 |
| Jon@berkmyer.com | ryan.roman@akerman.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |