UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


TAMARA M. STAINTON,

      Plaintiff,

v.                                           CASE NO. 8:18-cv-1560-T-23JSS

WORLD OMNI FINANCIAL CORP.,

      Defendant.

_____/


**ORDER**

    In accord with the parties' stipulation (Doc. 7), the action is **DISMISSED**

**WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

The clerk is directed to **CLOSE** the case.

    ORDERED in Tampa, Florida, on August 31, 2018.

                                  _____
                                   STEVEN D. MERRYDAY
                                UNITED STATES DISTRICT JUDGE